FILED
MAY 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>Perla CARDENAS (1),<br>Eduardo LOPEZ-Cardenas (2),<br>Defendants. | Magistrate Case No.: '08 MJ 8423<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about 14 May 2008, within the Southern District of California, defendants Perla CARDENAS and Eduardo LOPEZ-Cardenas did knowingly and intentionally import approximately 64.00 kilograms (140.80 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Renato Gates
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 15th DAY OF MAY, 2008.

PETER C. LEWIS
U.S. Magistrate Judge

**UNITED STATES OF AMERICA**
**v.**
**Perla CARDENAS**
**Eduardo LOPEZ-Cardenas**

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Renato Gates.

On May 14, 2008, at approximately 0730 hours, Perla CARDENAS and Eduardo LOPEZ-Cardenas entered the United States at the Calexico, CA, West Port of Entry. Perla CARDENAS was the driver of a 2002 Toyota Camry bearing Baja California plate number BDT7823. CARDENAS was accompanied by her two sons Eduardo LOPEZ-Cardenas and her 15-year old son.

Customs & Border Protection Officer (CBPO) R. Mendibles made contact with CARDENAS as she applied for entry into the United States. CBPO Mendibles received a negative declaration from CARDENAS. CARDENAS informed CBPO Mendibles that she owned the vehicle. CBPO Mendibles noticed the floor to the Toyota Camry appeared high and discovered a depth discrepancy in floor. The vehicle and the occupants were referred to the secondary lot for further inspection.

In the vehicle secondary lot, CBPO E. Hernandez observed a tan Toyota Camry enter the secondary lot. CBPO Hernandez received a negative declaration from the driver, CARDENAS. CARDENAS informed CBPO Hernandez she was coming from San Luis, Mexico and was going to the Calexico, California swap meet. CARDENAS told CBPO Hernandez she purchased the Toyota from a friend two (2) weeks ago. During the inspection of the vehicle, CBPO Hernandez noticed the vents in the dashboard were covered and a depth discrepancy existed in the floor.

CBPO Pyburn utilized his Human/Narcotic Detector Dog (HNDD) to screen the Toyota Camry. CBPO Pyburn's HNDD alerted and responded to the vehicle's

dashboard by sitting. CBPO Pyburn informed CBPO Hernandez of the alert to the vehicle.

A subsequent inspection of the vehicle revealed sixty-seven (67) packages concealed within the dashboard and floor compartments. CBPO E. Hernandez probed one of the packages and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 67 packages had a combined net weight of approximately 64.00 kilograms (140.80 pounds) of marijuana.

Special Agents (SA) R. Gates and C. Dotson advised CARDENAS of her rights per Miranda in Spanish. CARDENAS waived her rights agreeing to answer questions without the presence of an attorney. CARDENAS stated she bought the Toyota Camry approximately six (6) weeks ago. CARDENAS stated her son, LOPEZ-Cardenas, took the Toyota on Monday around 6:00 p.m. and returned Tuesday about 10:00 a.m. CARDENAS stated she noticed the air conditioner acted different from before LOPEZ-Cardenas took the vehicle. CARDENAS said she didn't use the air conditioner during the approximate 1 hour trip from San Luis, Mexico to the Calexico, West Port of Entry.

SA Gates and Dotson advised LOPEZ-Cardenas of his rights per Miranda in Spanish. LOPEZ-Cardenas waived his rights agreeing to answer questions without the presence of an attorney. LOPEZ-Cardenas stated he knew the Toyota contained marijuana and was to be paid $2,500 for the smuggling venture. LOPEZ-Cardenas said that "Chicharra" loaded the marijuana into the vehicle on Monday, May 12, 2008, after 10:00 a.m. and returned the vehicle to their house at 7:00 or 8:00 p.m. that same evening. LOPEZ-Cardenas stated the vehicle was at their house Monday night through Tuesday morning. LOPEZ-Cardenas stated the air conditioner was used during the trip from San Luis, Mexico to the Calexico, West Port of Entry. LOPEZ-Cardenas stated that after the vehicle was loaded, it smelled like soap and continued to smell like soap during the trip to the Port of Entry.

The 15-year-old minor was released to his father.